UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RODRIGUEZ,

    Plaintiff,

v.

T. FOSS,

    Defendant.

Case No. 19-cv-06757-HSG

**ORDER OF DISMISSAL**

On October 18, 2019, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On November 27, 2019, the Court dismissed the complaint with leave to amend. Dkt. No. 7. Plaintiff was instructed to file an amended complaint by December 26, 2019, and informed that the failure to do so would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and plaintiff has not filed an amended complaint. Plaintiff has not communicated with the Court since October 31, 2019. Dkt. No. 4. Accordingly, this action is DISMISSED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 1/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge